THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN CULLEN and ELI E. SHONBRUN, Appellants.

Argued January 13, 1943; decided March 11, 1943.

*Harry G. Anderson* for John Cullen, appellant.

*Arnold Cohen* and *Jacques Buitenkant* for Eli E. Shonbrun, appellant.

*Frank S. Hogan, District Attorney (Stanley H. Fuld* and *Harris B. Steinberg* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.